# EXHIBIT 1

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THE HUNTINGTON NATIONAL BANK,
a national banking association,

Plaintiff,

v.

JV SBAM SA LLC, a Michigan Limited
liability company, JOHN R. GIBBS, an
individual, DIEGO REYES, an individual,
GABRIEL P. WEINERT, an individual,
MICHAEL OUAKNINE, an individual, and
the MICHAEL OUAKNINE LIVING
TRUST DATED AUGUST 27, 2019,

Defendants.

CASE: 1:24-cv-00305-JBM-RSK
HON.: Jane M. Beckering
MAG.: Ray Kent

## DECLARATION OF GABRIEL WEINERT

Pursuant to 28 U.S.C. §1746, I hereby declare as follows:

1. I, Gabriel Weinert, am a managing partner of JV SBAM SA LLC, a Michigan limited liability company named as a party in this litigation.

2. I have reviewed JV SBAM SA LLC's Response in Opposition to The Huntington Bank's Motion for Receiver and verify that each fact therein is accurate.

3. I am competent to testify in this matter and if called upon to testify could provide testimony to support all facts set forth therein.

4. I declare under the penalty of perjury under the law of the United States that the foregoing is true and correct.

1

Declaration - Gabriel Weinert (01895475x7AF06)

8-19-24
DATED

_____
GABRIEL WEINERT

2