# EXHIBIT 3

# WALKER & DUNLOP

**Section 221(d)(4) NC - Market Rate Property**          10/12/23 6:34 PM

| Project Name: | Grand Rapids Lofts | Borrower Contact: Gabe Weinert |
| Project Location: | Grand Rapids, MI | W&D Contact:    Jeff Kearns |
| Number of Units | 143 | W&D Telephone: 949-236-5878 |
| | | W&D Email:    jkearns@walkerdunlop.com |

### Maximum New Mortgage Amount

The mortgage will be constrained by the lesser of:

| (1) Borrower's Request | N/A |
| (2) 1.176x Debt Service Coverage Ratio | $34,884,300 |
| (3) Statutory Per Unit Limitations | $38,303,600 |
| (4) 85.00% of Replacement Cost | $32,464,900 |
| (5) Criteria 11* | N/A |
| **Maximum Mortgage Amount** | **$32,464,900** |

*Amount based on Deduction of Grant(s), Loan(s), Tax Credit Equity and Gift(s)

### Unit Mix and Rental Revenue

| # of Units | Type | Avg SF | Avg Rent | Rent/SF | Monthly Inc. |
|---|---|---|---|---|---|
| 143 | 0-2 | 618 | $2,209 | $ 2.28 | $315,899 |

143 Total Units    88,374    **Annual Income: $3,790,788**

### Terms of New Mortgage

| New Loan Amount | **$32,464,900** |
| Mortgage Rate | **6.75%** |
| MIP | **0.25%** |
| Term (months) | **480** |
| Monthly P&I | $195,879 |
| Monthly MIP (est.) | $6,764 |
| Monthly Payment | $202,643 |
| **Annual Payment** | **$2,431,713** |

### Underwritten NOI

| | UW-DSC | Per Unit | % |
|---|---|---|---|
| Rental Income | $ 3,790,788 | $ 26,509 | |
| Ancillary Income | $ 672,006 | $ 4,699 | |
| Gross Income | $ 4,462,794 | $ 31,208 | |
| Rental Vacancy | $ (312,396) | $ (2,185) | 7.0% |
| Net Commercial Income | $ 99,456 | $ 695 | |
| **Effective Gross Income** | $ 4,249,854 | $ 29,719 | 95.2% |
| Operating Expenses | $ 1,159,143 | $ 8,106 | 27.3% |
| Rep. Reserve | $ 42,900 | $ 300 | |
| **Total Expenses** | **$ 1,202,043** | **$ 8,406** | **28.3%** |
| NOI | $ 3,047,811 | $ 21,313 | 71.7% |

### Financial Ratios

| Debt Service Coverage Ratio (Incl P&I & MIP) | 1.25 |
| Loan To Cost | 78.13% |

### Sources and Uses of Funds

**Sources**

| W&D's Loan Amount | $32,464,900 |
| Pre-Paid Uses | $0 |
| Tax Credit Proceeds for Mortgageable Items | $0 |
| Tax Credits for Non-mortgageable Items | $0 |
| Deferred Developer Fee | $0 |
| Grants/Secondary Loans/Other Sources | $0 |

**Uses**

| Total HUD Estimated Development Cost | $33,194,099 |
| No BSPRA or SPRA | $0 |
| UPB of Existing Indebtedness | $1,000,000 |
| Initial Operating Deficit | $1,215,857 |
| Working Capital (4%) | $1,298,596 |
| Off-site Construction Costs | $0 |
| Demolition Costs | $0 |
| Developer's Fee | $985,670 |
| Other Non-Mortgageable Costs | $3,857,128 |

| **Total** | **$32,464,900** | | **$41,551,350** |

| Equity Requirement | **$9,086,450** | |
| Refundable Letters of Credit | $2,514,453 | Refunded, if not drawn on, at stabilization |
| **Required Cash to Close** | **$6,571,997** | |

### Notes

Several typical cost items not included in Borrower Budget
Assumes Trended Rents will be supported by appraisal and market study
More information needed regarding BTIF and NEZ income and Lobbying costs
Assumes land is owned and valued at $5M with $1M of bridge financing
BSPRA Allowance may reduce equity requirement; Builders Profit must be removed from Budget
Other Non-Mortgageable Costs Include:
- Retial TI
- Demolition
- Equity Acq Fee
- Bridge Loan Interest
- Pref Equity Fees
- Bridge Loan Exit Fees
- Acq. Trans Cost
- Soft Cost Contingency
- Pre-Dev Fencing

This analysis should not be construed as a commitment to provide financing.  It is based upon information that may or may not be supported by final underwriting conclusions.  Final underwriting is subject to approval from Walker Dunlop and HUD.



This analysis should not be construed as a commitment to provide financing.  It is based upon information that may or may not be supported by final underwriting conclusions.  Final underwriting is subject to approval from Walker Dunlop and HUD.

# WALKER & DUNLOP

**Section 221(d)(4) NC - Market Rate Property**

| | | |
|---|---|---|
| Project Name | **Grand Rapids Lofts** | Borrower Contact: Durbano |
| Project Location: | **Grand Rapids, MI** | W&D Contact: Jeff Kearns |
| Number of Units | **143** | W&D Telephone: 949-236-5878 |
| | | W&D Email: jkearns@walkerdunlop.com |

W&D Contact:
W&D Telephone: (000)000-0000
W&D Email:

| | % | UW Amount | Sponsor Budget 1/0/1900 | Difference | Information Source and/or Comments |
|---|---|---|---|---|---|
| **All Improvements** | | | | | |
| Total Site Improvements | | $000 per unit | $0 | $ - | |
| Total Structures | | $201,753 per unit | $28,850,732 | $29,350,732 | $ 500,000 | Includes $500,000 in Contingency |
| General Requirements (includes project-specific overhead expenses) | 0.00% | $0 | $0 | $ - | None shown -assumes included in TS |
| Builder's Overhead | 0.00% | $0 | $0 | $ - | None shown -assumes included in TS |
| Builder's Profit | | $0 | $0 | $ - | None shown -assumes included in TS |
| Bond Premium | 0.00% | $0 | $0 | $ - | Not included in Borrower Budget |
| Other Fees - General Contractor | | $0 | $0 | $ - | |
| **Total Construction Contract (HUD-2328)** | | **$28,850,732** | **$29,350,732** | **$ 500,000** | |
| Other Fees - Mortgager | | $180,000 | $180,000 | $ - | "Other", Lobbyists (TBD), Permits and Fees |
| Architect Design Fee | | $350,000 | $350,000 | $ - | |
| Architect Supervision Fee | | $0 | $0 | $ - | Required, assumes included in Design |
| **Total For All Improvements** | | **$29,380,732** | **$29,880,732** | **$ 500,000** | |

Construction Time    **18**   months

| **Charges and Financing Fees During Construction** | | | | | |
|---|---|---|---|---|---|
| Interest on loan amount of  $32,464,900  at  6.75%  for 20 months | | $1,826,151 | $1,505,150 | $ (321,001) | |
| Taxes during construction | | $200,000 | $0 | $ (200,000) | |
| Insurance during construction | | $0 | $0 | $ - | Builders Risk - Not in Borrower Budget |
| Mortgageable Bond Costs | 0.00% | $0 | $0 | $ - | |
| Title and Recording | | $40,000 | $40,000 | $ - | |
| **Subtotal** | | **$2,066,151** | **$1,545,150** | **$ (521,001)** | |
| FHA Fees (Based on Loan Amount) | | | | | |
| HUD Mortgage Insurance (includes two years MIP) | 0.50% | $162,325 | $0 | $ (162,325) | Pro-rata refunded if CofO achieved in less time |
| HUD Application Fee | 0.30% | $97,395 | $0 | $ (97,395) | |
| Inspection Fee | 0.50% | $162,325 | $0 | $ (162,325) | |
| **Subtotal FHA Fees** | | **$422,044** | **$0** | **$ (422,044)** | |
| W&D Fees (Based on Loan Amount) | | | | | |
| Financing Costs | 2.50% | $811,623 | $544,222 | $ (267,401) | Includes Mortgage Brokerage Fee |
| Placement Costs | 0.19% | $60,500 | $125,000 | $ 64,500 | |
| Includes: GNMA Fee ($5,500) + Lender Legal ($50,000) + Processing Fee ($5,000) | | | | | |
| **Subtotal W&D Fees** | | **$872,123** | **$669,222** | **$ (202,901)** | |
| **Total Charges and Financing** | | **$3,360,317** | **$2,214,372** | **$ (1,145,945)** | |

| **Legal, Organization, and Audit Fees** | | | | | |
|---|---|---|---|---|---|
| Borrower Legal | | $200,000 | $200,000 | $ - | More information needed |
| Organization (incl. Third Party Reports) | | $108,050 | $50,000 | $ (58,050) | Includes Green Certification Fees |
| Cost Certification Audit (Owner) | | $20,000 | $0 | $ (20,000) | |
| **Total Legal and Organization** | | **$328,050** | **$250,000** | **$ (78,050)** | |

| **Other Expenses and Reserves** | | | | | |
|---|---|---|---|---|---|
| No BSPRA or SPRA | | $0 | N/A | N/A | |
| LIHTC/Nonprofit Developer's Fee | | $0 | $0 | $ - | |
| Fixtures, Furniture and Equipment | | $125,000 | $250,000 | $ 125,000 | Assumes 50% of total is Marketing |
| Construction Contingency (Sub Rehab only) | 0.00% | $0 | $0 | $ - | |
| Relocation Costs (Sub Rehab only) | | $0 | $0 | $ - | |
| Initial Deposit to Reserve for Replacement (Sub rehab only) | | $0 | $0 | $ - | |
| Off-site Costs (Sub Rehab Only) | | $0 | $0 | $ - | |
| Ground Rent During Construction (Leasehold only) | | $0 | $0 | $ - | |
| **Total Other Expenses and Reserves** | | **$125,000** | **$250,000** | **$ 125,000** | |
| **Total HUD Estimated Development Cost** | | **$33,194,099** | **$32,595,104** | **$ (598,995)** | |
| Warranted Price of Land | | $5,000,000 | $0 | | |
| **Total Mortgageable Replacement Cost** | | **$0** | **$32,595,104** | **$ 1,720,471** | |

| NON-MORTGAGEABLE COSTS | | | | | |
|---|---|---|---|---|---|
| Working Capital | 4.00% | $1,298,596 | $0 | $ (1,298,596) | Includes $500,000 of contingency |
| Initial Operating Deficit | est. | $1,215,857 | $840,400 | $ (375,457) | Pending Market Study |
| Developer's Fee | | $985,670 | $985,670 | $ - | |
| Demolition & Off-site Construction Costs | | $0 | $0 | $ - | |
| All Other Non-Mortgageable Costs | | $3,857,128 | $3,607,128 | $ (250,000) | |
| All Non-Mortgageable Costs Not Included within HUD Transaction | | $0 | $0 | $ - | |
| **Total Non-Mortgageable Costs** | | **$7,357,251** | **$5,433,198** | **$ (1,924,053)** | |
| **TOTAL USES OF FUNDS** | | **$43,309,979** | **$38,028,302** | **$ 504,989** | |

| Cash Basis | | | | | |
|---|---|---|---|---|---|
| Less: Market Value of Site | | $5,000,000 | $0 | $ (5,000,000) | |
| Plus: Debt (if any) | | $1,000,000 | $1,000,000 | $ - | |
| Total Uses of Funds Cash Basis | | $43,309,979 | $39,028,302 | $ 504,989 | |

This analysis should not be construed as a commitment to provide financing.  It is based upon information that may be relied upon by us in reaching conclusions.  Final underwriting is subject to approval from Walker Dunlop and HUD.

This analysis should not be construed as a commitment to provide financing.  It is based upon information that may or may not be supported by final underwriting conclusions.  Final underwriting is subject to approval from Walker Dunlop and HUD.