# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

THE HUNTINGTON NATIONAL BANK,
a national banking association,

    Plaintiff,

v.

JV SBAM SA LLC, a Michigan Limited
liability company, JOHN R. GIBBS, an
individual, DIEGO REYES, an individual,
GABRIEL P. WEINERT, an individual,
MICHAEL OUAKNINE, an individual, and
the MICHAEL OUAKNINE LIVING
TRUST DATED AUGUST 27, 2019,

    Defendants.

CASE NO. 1:24-cv-00305

HON.  JANE M. BECKERING
MAG. JUDGE RAY S. KENT

---

ALOIA LAW
By:  JOSEPH N. EJBEH (P48961)
     RALPH COLASUONNO (P55019)
Attorneys for Plaintiff
48 South Main Street, Suite 3
Mt. Clemens, MI  48043
586.783.3300
ejbeh@aloia.law
colasuonno@aloia.law

WILLIAMS, WILLIAMS, RATTNER
  & PLUNKETT, P.C.
By: Richard E. Rassel, III (P57540)
     Jeremy M. Manson (P76920)
Attys. for Defendants/Counter-Plaintiffs
380 N. Old Woodward Ave., Suite 300
Birmingham, MI 48009
248.642.0333
rer@wwrplaw.com
jmmanson@wwrplaw.com

---

## **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

    This court, after having noted the stipulation of the parties as set forth below and the court being otherwise fully advised of the premises;

NOW THEREFORE:

**IT IS HEREBY ORDERED** that this Court shall retain jurisdiction to enforce the forbearance settlement documents executed and agreed to by the parties.

**IT IS FURTHER ORDERED** that this case is dismissed with prejudice and without costs or fees to any party.

IT IS SO ORDERED.

This Order resolves the last pending claim and closes the case.

_____
United States District Judge

**Stipulated and agreed:**

| | |
|---|---|
| ALOIA LAW | WILLIAMS, WILLIAMS, RATTNER & PLUNKETT, P.C. |
| /s/ Joseph N. Ejbeh | /s/ Richard E. Rassel, III |
| JOSEPH N. EJBEH (P48961) | RICHARD E. RASSEL, III (P57540) |
| RALPH COLASUONNO (P55019) | JEREMY M. MANSON (P76920) |
| Attorneys for Plaintiff | Attorneys for Defendants |
| 48 South Main Street, Suite 3 | 380 N. Old Woodward Ave., Suite 300 |
| Mt. Clemens, MI  48043 | Birmingham, MI  48009 |
| ejbeh@aloia.law | rer@wwrplaw.com |
| colasuonno@aloia.law | jmmanson@wwrplaw.com |

Dated:  September 10, 2024